UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESCAPE ROOM NORTH LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 1:22-cv-00123-TWP-DLP |
| SMALL BUSINESS ADMINISTRATION ) | |
| and ISABELLA CASILLAS GUZMAN, ) | |
| *Administrator, Small Business* ) | |
| *Administration*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL OF COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, The Escape Room North, LLC, and Defendants, the U.S. Small Business Administration ("SBA") and Isabella Casillas Guzman, in her official capacity as the Administrator of the SBA, by their respective counsel, stipulate that Plaintiff's Complaint in this action is dismissed without prejudice and that each party shall bear its own fees, costs, and expenses.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*s/ Michele L. Lorbieski*     By:     *s/ Gina M. Shields*
Michele L. Lorbieski                    Gina M. Shields
Brian C. Hewitt                         Assistant United States Attorney
Hewitt Law & Mediation, LLC

                                        *Counsel for Defendants*

Michael T. Miller
Alerding Castor LLP

*Counsel for Plaintiff*